

AFL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED IN OPEN COURT
MAY 28 2025
CHRISTOPHER EKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 25-cr-107-KD |
| | * | USAO NO. 24R00449 |
| v. | * | |
| | * | VIOLATIONS: 21 USC §846 |
| WILLIAM HOWARD ARNOLD, a/k/a | * | 21 USC §843(a)(3) |
| WILLIAM HOWARD ARNOLD, II, | * | |
| a/k/a WILLIAM ARNOLD, | * | |
| a/k/a/ WILL ARNOLD | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

COUNT ONE
Conspiracy to Obtain a Controlled Substance by Fraud with a Forged Prescription
Title 21, United States Code, Section 846

On or about September 16, 2022, in the Southern District of Alabama, Northern Division, and elsewhere, the defendant,

WILLIAM HOWARD ARNOLD,
a/k/a WILLIAM HOWARD ARNOLD, II,
a/k/a WILLIAM ARNOLD,
a/k/a WILL ARNOLD,

did willfully, knowingly, and unlawfully conspire with other persons, both known and unknown to the Grand Jury, including N.R., whose full name is known to the Grand Jury, to obtain a Schedule V controlled substance, namely, approximately one pint of Promethazine cough syrup with Codeine, at a Walgreen's pharmacy in Selma, Alabama.

In violation of Title 21, United States Code, Section 846.

1

## COUNT TWO
## Obtaining Controlled Substance by Fraud
## Title 21, United States Code, Section 843(a)(3)

On or about September 16, 2022, in the Southern District of Alabama, Northern Division, and elsewhere, the defendant,

**WILLIAM HOWARD ARNOLD,**
a/k/a **WILLIAM HOWARD ARNOLD, II,**
a/k/a **WILLIAM ARNOLD,**
a/k/a **WILL ARNOLD,**

aided and abetted by other persons, both known and unknown to the Grand Jury, including N.R., knowingly and intentionally obtained approximately one pint of Promethazine cough syrup with Codeine, a Schedule V controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, to-wit: by submitting to a pharmacy a forged prescription purportedly written by a physician identified by his initials S.A., whose full name is known to the Grand Jury.

In violation of Title 21, United States Code, Sections 841(a)(3) and 2.

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

ALEX F. LANKFORD, IV
Assistant United States Attorney

KASEE S. HEISTERHAGEN
Assistant United States
Chief, Criminal Division

MAY 2025

2